UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEVON L. CHAMBERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   No. 4:24 CV 1516 CDP |
| U.S. DEPARTMENT OF EDUCATION, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Plaintiff having served the U.S. Department of Education (DOE) within a reasonable time after being provided formal notice on March 10, 2025, of his failure to timely serve the DOE despite having timely served the United States Attorney and the Attorney General of the United States, *see* Fed. R. Civ. P. 4(i)(4), I will deny as moot defendant's motion to dismiss plaintiff's complaint for failure to timely serve the DOE.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's Motion to Dismiss Case Pursuant to Fed. R. Civ. P. 12(b)(5) [9] is **DENIED as moot.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 25th day of March, 2025.