UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DEVON L. CHAMBERS,
an individual,

      Plaintiff,

v.

U.S. DEPARTMENT OF
EDUCATION,

      Defendant.
_____/

Case No.: 4:24-cv-01516-CDP

### PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

**COMES NOW**, Plaintiff, DEVON L. CHAMBERS ("Plaintiff"), by and through the undersigned counsel, and hereby notifies the Court that on June 17, 2025 Plaintiff and Defendant, U.S. DEPARTMENT OF EDUCATION ("ED") have reached a settlement of all claims. The Parties are currently in the process of memorializing the agreement.

Dated: June 17, 2025

                                      Respectfully submitted,

                                      **SWIFT LAW PLLC**

                                      /s/ *Jordan T. Isringhaus*
                                      Jordan T. Isringhaus, Esq., 91487(FL)
                                      11300 4th St. N., Ste. 260
                                      St. Petersburg, FL 33716
                                      Phone: (727) 490-9919
                                      Fax: (727) 255-5332
                                      jisringhaus@swift-law.com
                                      jmurphy@swift-law.com
                                      *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 17, 2025, I filed a true and correct copy of the above and foregoing *Notice of Settlement* via CM/ECF which will electronically serve all counsel of record:

>  /s/ *Jordan T. Isringhaus*  
> Attorney for Plaintiff