UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEVON CHAMBERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:24 CV 1516 CDP |
| ) | |
| UNITED STATES OF AMERICA, on ) | |
| behalf of the UNITED STATES DEPT. ) | |
| OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court having been advised that this action has been settled,

**IT IS HEREBY ORDERED** that the July 24, 2025, conference pursuant to Rule 16, Fed.R.Civ.P., is vacated and all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 18th day of June, 2025.